**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-25290-BLOOM/Elfenbein**

NESTOR A. PROVEYER,

Plaintiff,

v.

MURPHY USA INC.,

Defendant.
_________________________________/

**ORDER APPROVING, ADOPTING, AND ENTERING CONSENT DECREE**

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Entry of Proposed Consent Decree, ECF No. [17] ("Motion"). The parties request that the Court enter the Consent Decree attached to the Motion at ECF No. [17-1]. The Court has reviewed the Motion, the record, applicable law, and is otherwise fully advised.

The Court finds as follows:

1. This Court has personal jurisdiction over Plaintiff and Defendant for the purposes of this lawsuit and subject matter jurisdiction pursuant to 28 U.S.C. § 1331;
2. The provisions of the Consent Decree shall be binding upon the Parties and its Third Party Beneficiaries;
3. Entry of this Consent Decree is in the public interest;
4. This Consent Decree is for settlement purposes only and does not constitute an admission by Defendant of any of the allegations contained in the Complaint or any other pleading in this lawsuit, nor does it constitute any finding of liability against Defendant; and
5. This Consent Decree shall be deemed as adjudicating, once and for all, the merits of

each and every claim, matter, and issue that was alleged, or could have been alleged, by Plaintiff based on, or arising out of, or in connection with, the allegations in the Complaint. Res judicata and collateral estoppel shall apply to each and every such claim, matter, and issue so that the Plaintiff is barred from again litigating such claims, matters, and issues.

Accordingly, it is **ORDERED AND ADJUDGED** that

1. the Consent Decree, **ECF No. [17-1]**, is **APPROVED** and **ADOPTED**. The parties shall adhere to all terms therein.
2. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 27, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record